FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RYAN KELTY,

      Plaintiff,

      v.

WALLA WALLA COUNTY, et al.,

      Defendants.

No. 4:23-CV-05145-SAB

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE**

Before the Court is Plaintiff's Motion to Dismiss, ECF No. 25. Plaintiff is represented by Timothy K. Ford, Lauren I. Freidenberg, and Anika R. Ades. Defendants Walla Walla County, John Liger, Norris Gregoire Matthew Stroe, Keri Weber, and Columbia County are represented by Kirk A. Ehlis. Defendants Groom is represented by Carol Sue Janes and Eric R. Byrd. Defendants Blue Mountain Heart-to-Heart, Nadean Pulfer, Esmeralda Reynoso, and Shay Hoffman are represented by David J. Corey, Nidal A. Dirini, and Shawn Q. Butler.

Plaintiff moves the Court to dismiss the Complaint in the above-captioned matter without prejudice pursuant to FRCP 41(a)(2). Plaintiff filed a new lawsuit, Case No. 4:23-CV-05165, in this Court that makes the same claims against the same defendants but is not subject to the Prison Litigation Reform Act's limitations. Being fully informed, the Court finds it proper to grant the motion and dismiss the matter.

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1.      Plaintiff's Motion to Dismiss, ECF No. 25, is **GRANTED**.

2.      The above-captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 42(a)(2), without costs or attorneys' fees to any party.

3.      Any pending motions are **DISMISSED as moot**.

4.      The Scheduling Conference set for January 12, 2024 is **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 5th day of January 2024.

Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS AND CLOSING FILE # 2**